IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ALEXANDER PHILLIPS,

    Plaintiff,

v.

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS, LOCAL 159,

    Defendant.

ORDER

Case No. 08-CV-307-BBC

IT IS ORDERED that the motion of defendant International Brotherhood of Electrical Workers, Local 159 to issue a subpoena to command the appearance of Michael W. Killian on March 2, 2009 for trial is GRANTED. Pursuant to 28 U.S.C. §1783, the amount of $1,326.00 shall be tendered to Michael W. Killian to cover travel and attendance expenses.

Entered this 20th day of February, 2009.

BY THE COURT:

*Barbara B. Crabb*
BARBARA B. CRABB
District Judge