IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ALEXANDER PHILLIPS,

    Plaintiff,                                                                    ORDER

v.                                                                              Case No. 08-CV-307-BBC

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS, LOCAL 159,

    Defendant.

IT IS ORDERED that the motion of defendant International Brotherhood of Electrical

Workers, Local 159 to issue a subpoena to command the appearance of Michael W. Killian on

March 4, 2009 for trial is GRANTED. Pursuant to 28 U.S.C. §1783, the amount of $1,326.00

shall be tendered to Michael W. Killian to cover travel and attendance expenses.

Entered this 20th day of February, 2009.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge

Date